UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CORDAIRO AQTAVIAN LAMBERT, **INDICTMENT**

Defendant.
_________________________________/

The Grand Jury charges:

**Possession with Intent to Distribute Cocaine**

On or about July 18, 2025, in Kent County, in the Western District of Michigan, Southern Division, the defendant,

CORDAIRO AQTAVIAN LAMBERT,

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Before the defendant committed the offense charged in this indictment, the defendant was convicted of (i) possession with intent to distribute 28 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii), on or about December 22, 2011, in the United States District Court for the Western District of Michigan, and (ii) controlled substance delivery or manufacture of 450-999 grams of cocaine/heroin or other drug, in violation of MCL § 333.7401(2)(a)(ii), on or about June 29, 2017, in Kent County, Michigan. For each of these prior "serious drug felony"

convictions, the defendant served more than 12 months in prison and was released from serving the term of imprisonment related to the offense within 15 years of the commencement of the offense charged in this indictment.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(ii)
21 U.S.C. § 802(58)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

VITO S. SOLITRO
Assistant United States Attorney